Paul A. Stewart (CSB # 153,467)
paul.stewart@kmob.com
Craig S. Summers (CSB # 108,688)
craig.summers@kmob.com
Irfan A. Lateef (CSB #204,004)
irfan.lateef@kmob.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone (949) 760-0404
Facsimile (949) 760-9502

Attorneys for Defendant,
**MICROSEMI CORPORATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| O₂ MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICROSEMI CORPORATION, a Delaware corporation,<br><br>Defendant. | Civil Action No. C-07-2073-CRB<br><br>**DECLARATION OF STEVEN LITCHFIELD IN SUPPORT OF MICROSEMI'S MOTION TO DISMISS, STAY, OR TRANSFER; AND TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Date: June 8, 2007<br>Time: 10:00 a.m.<br>Ctrm: 8, 19th Floor<br><br>The Honorable Charles R. Breyer |

Declaration of Steven Litchfield Supporting Microsemi's
Motion to Dismiss, Stay, or Transfer; and to Extend Time to
Answer Complaint

Case No. C-07-2073-CRB

I, Steven Litchfield, declare as follows:

1. I am Vice President-Corporate Marketing & Business Development of Microsemi Corporation. If called upon to do so, I could and would testify truthfully as follows.

2. One product manufactured and sold by Microsemi is the LX1691 inverter controller. An inverter controller is an integrated circuit (computer chip) used to control the lights that illuminate LCD displays from behind. The LX1691 is used by many well-known manufacturers and distributors of LCD screens, including Sony.

3. In late March of this year, I learned that Microsemi had been named as a party to an ongoing patent lawsuit brought by O2 Micro against Rohm Co., Ltd. and various Sony companies, including Sony Corporation and Sony Electronics, Inc. (collectively "Sony"). I have since learned that this case is formally known as *O₂ Micro International Ltd. v. Rohm Co., Ltd., Sony Corp., Sony EMCS Corp., Sony Corp. of America, and Sony Electronics, Inc.*, Case No. 2:05-CV-211 (TJW), in the Eastern District of Texas. In that lawsuit, O₂ Micro claims that Microsemi's LX1691 inverter controller, when included in various Sony products, infringes three of O₂ Micro's patents.

4. During March and April of this year, I discussed a possible cross-license agreement to resolve the Texas lawsuit with Bob Harkins, Director of Litigation for O₂ Micro. The last discussion prior to O₂ Micro's filing of this lawsuit on April 12, 2007, occurred on either April 9, 2007 or April 10, 2007.

5. As part of these discussions, Mr. Harkins requested that Microsemi grant O₂ Micro a license on several Microsemi patents, including U.S. Patent Nos. 5,615,093, 5,923,129, 5,930,121, and 6,198,234, in exchange for a lump sum royalty. O₂ Micro would

grant Microsemi a license under the three patents that $O_2$ Micro had asserted against the LX1691 in Texas in exchange for a substantial per-unit royalty.

6. I rejected Mr. Harkins' offer and made a counteroffer of a royalty-free cross-license. I explained to Mr. Harkins that $O_2$ Micro had significantly undervalued Microsemi's patents. Mr. Harkins rejected my counteroffer. I told Mr. Harkins that, because Microsemi was now a party in the Texas lawsuit, his rejection of my proposal to end the litigation forced Microsemi to take action against $O_2$ Micro in the Texas lawsuit.

7. In the Texas lawsuit, Microsemi has accused $O_2$ Micro of infringing two of the patents, U.S. Patent Nos. 5,930,121 and 6,198,234, that are in this declaratory judgment action.

8. The LX1691 is the commercial product sold by Microsemi under U.S. Patent Nos. 5,930,121 and 6,198,234.

9. Microsemi and $O_2$ Micro are direct competitors in the inverter controller market. Microsemi's and $O_2$ Micro's inverter controllers are not interchangeable in the sense that the owner of an existing LCD display cannot replace a Microsemi inverter controller with an $O_2$ Micro inverter controller, or vice-versa. However, the components have similar function, technology, features, and pricing, such that a company designing a new LCD screen would consider both Microsemi inverter controllers and $O_2$ Micro inverter controllers when deciding which inverter controller to use in the new design.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3 day of May 2007, at Garden Grove, California.

_____
Steven Litchfield

3709085_1
043007

Declaration of Steven Litchfield Supporting Microsemi's Motion to Dismiss, Stay, or Transfer; and to Extend Time to Answer Complaint

-2-

Case No. C-07-2073-CRB