IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 02 MICRO INTERNATIONAL LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSEMI CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 07-02073 CRB<br><br>ORDER DENYING REQUEST TO FILE MOTION FOR RECONSIDERATION |

    Now pending before the Court is plaintiff's request to file a motion for reconsideration of the Court's order transferring this action to the Eastern District of Texas. Plaintiff's request is denied. First, this Court no longer has jurisdiction of this action. Second, even if it did have jurisdiction, it would deny the motion. None of plaintiff's arguments are persuasive for the reasons set forth in defendant's opposition.

**IT IS SO ORDERED.**

Dated: July 10, 2007

                                                    CHARLES R. BREYER<br>                                                    UNITED STATES DISTRICT JUDGE